IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01727-BNB

JOHN ROBERT DEMOS, JR.,

    Plaintiff,

v.

THE U.S. ATTORNEY GENERAL,
THE GOVERNOR OF COLORADO, and
THE GOVERNOR OF WASHINGTON STATE, et al.,

    Defendants.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT -6 2008

GREGORY C. LANGHAM
              CLERK

## ORDER OF DISMISSAL

Plaintiff, John Robert Demos, Jr., is a prisoner in the custody of the Washington Department of Corrections who currently is incarcerated at the Stafford Creek Corrections Center in Aberdeen, Washington. He submitted *pro se* documents titled "Declaration and Application to Proceed *In Forma Pauperis* by a Prisoner Bringing a Civil Rights Action Pursuant to 42 U.S.C. §1983* 28 USC 1915(b)(4) (2000)," "Special Statement of the Petitioner," "Affidavit of John R. Demos Pursuant to 28 USC 1746, &18 USC 152," "Request for Permission to File," and "Civil Rights Complaint by a Prisoner Under 42 U.S.C. §1983, 1985, 1999, 1986, 1987, 1988, 2000, &1997, *28 USC 1332."

As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court determined that the submitted documents were deficient. Therefore, in an order filed on August 14, 2008, Magistrate Judge Craig B. Shaffer directed the clerk of the Court to

commence a civil action and directed Mr. Demos to cure certain deficiencies in the case within thirty days if he wished to pursue his claims.

The August 14, 2008, order pointed out that Mr. Demos failed to submit a certified copy of his trust fund account statement for the six-month period immediately proceeding this filing, among other deficiencies. The order warned Mr. Demos that if he failed to cure the designated deficiencies within thirty days, the complaint and the action would be dismissed without prejudice and without further notice. Mr. Demos has failed within the time allowed to cure the designated deficiencies or otherwise to communicate with the Court in any way.

Subsection (a)(2) of 28 U.S.C. § 1915 (2006) requires submission of "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." The August 14, 2008, order and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 note this requirement. By failing to submit a copy of his trust fund account statement certified by the appropriate prison official, Mr. Demos has failed to cure all the deficiencies listed in the August 14 order within the time allowed. The complaint and the action will be dismissed without prejudice for failure to cure the designated deficiencies as directed within the time allowed and for failure to prosecute. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed pursuant to 28 U.S.C. § 1915 is denied as moot.

DATED at Denver, Colorado, this 3 day of Oct., 2008.

BY THE COURT:

*signature*
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01727-BNB

John R. Demos
Prisoner No. 287455
Stafford Creek Corr. Center
191 Constantine Way
Aberdeen, WA 98520

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/6/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk