IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01727-ZLW

JOHN ROBERT DEMOS, JR.,

Plaintiff,

v.

THE U.S. ATTORNEY GENERAL,
THE GOVERNOR OF COLORADO, and
THE GOVERNOR OF WASHINGTON STATE, et al.,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 9 2008

GREGORY C. LANGHAM
CLERK

ORDER DENYING MOTION TO RECONSIDER

Plaintiff, John Robert Demos, Jr., filed *pro se* on October 23, 2008, a motion titled "Motion for Reconsideration" asking the Court to reconsider and vacate the Order of Dismissal and Judgment filed in this action on October 6, 2008. The Court must construe the motion for reconsideration liberally because Mr. Demos is proceeding *pro se*. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed more than ten days after the final

judgment in an action should be considered pursuant to Rule 60(b). *See id.* at 1243. Mr. Demos' motion to reconsider in this action, which was filed more than ten days after the Order of Dismissal and Judgment, will be considered pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. *See* **Massengale v. Oklahoma Bd. of Examiners in Optometry**, 30 F.3d 1325, 1330 (10th Cir. 1994).

The Court dismissed this action without prejudice for Mr. Demos' failure, within the time allowed, to cure the designated deficiencies and for his failure to prosecute. Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Demos fails to demonstrate the existence of any extraordinary circumstances that would justify a decision to reconsider and vacate the order dismissing this action. Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that the motion titled "Motion for Reconsideration" that Plaintiff, John Robert Demos, Jr., filed *pro se* on October 23, 2008, and which the Court has construed liberally as a Fed. R. Civ. P. 60(b) motion, is denied.

DATED at Denver, Colorado, this 28 day of Oct. , 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01727-ZLW

John R. Demos
Prisoner No. 287455
Stafford Creek Corr. Center
191 Constantine Way
Aberdeen, WA 98520

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/29/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk